## Haas *v.* Smith (et al., Appellant).

Argued March 16, 1971. *John T. Quinn*, with him *McEldrew, Hanamirian, McWilliams, Quinn and Bradley*, for appellant; *Bernard M. Gross*, with him *Stephen L. Hymowitz*, and *Gross & Sklar*, for appellee.

Judgment affirmed.

HOFFMAN, J., absent.